IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00014-CR

No. 10-09-00015-CR

 

Anthony Keith Skibell,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 66th District Court

Hill County, Texas

Trial Court Nos. 34,670 and 34,671

 



MEMORANDUM Opinion










 

            Anthony Keith Skibell was placed on
community supervision for two third degree felony convictions of Driving While
Intoxicated.  See Tex. Penal Code
Ann. § 49.09(b) (Vernon Supp. 2008).  His community supervision was
revoked in both convictions.  He filed a notice of appeal for each revocation. 
He has now filed a Motion to Dismiss Appeal in each appeal requesting this
Court to withdraw the notices of appeal and dismiss the appeals.  Skibell
personally signed each motion to dismiss.

 

            Accordingly, these appeals are
dismissed.  Tex. R. App. P.
42.2(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed April 8, 2009

Do
not publish

[CR25]